UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Daniel Lee Buxman aka fptr JLR Enterprises ods PDS Services Inc.<br>Peggy Jo Burkey aka fptr JLR Enterprises ods PDS Services Inc.,<br><br>Debtors | Case No. 17-16652-TBM<br><br>(Chapter 13)<br><br>**Honorable Judge Thomas B. McNamara** |

## ORDER ACCEPTING TERMS OF STIPULATION

THE COURT, having reviewed the Stipulation to Resolve Motion for Relief from Stay and Motion for Acceptance of Stipulated Terms submitted by the parties, and being fully advised therein, hereby

ORDERS that the Motion is granted, and the terms of the Stipulation are approved.

DATED: August 7, 2019

BY THE COURT:

*[signature]*
United Stated Bankruptcy Judge
Thomas B. McNamara

1

File No. CO-17-138071
Stipulation to Resolve, Proposed Order, Case No. 17-16652-TBM